**Opinion issued November 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00887-CV

————————————

**PATRICK HSU, M.D., Appellant**

**V.**

**JULIA SEIDELIN, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-15683**

---

## MEMORANDUM OPINION

Appellant, Patrick Hsu, M.D., filed a notice of appeal from an October 6, 2025 trial court order. On November 5, 2025, appellant filed a motion to dismiss the appeal, stating that he "wishe[d] to withdraw his appeal and no longer desire[d] to appeal." Appellant, therefore, requested that the Court dismiss his appeal. *See* TEX.

R. APP. P. 42.1(a)(1) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating whether appellee, Julia Seidelin, is opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no response has been filed. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.